

## CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

www.cblh.com

Kevin F. Brady
TEL      (302) 888-6257
FAX      (302) 255-4257
EMAIL    kbrady@cblh.com
REPLY TO Wilmington Office

April 15, 2005

**By Hand Delivery**

Monica Mosley
U.S. District Court
844 N. King Street
Wilmington, DE 19801

Re:   Appeal: In Re American Metrocomm Corporation, et al., CV 04-1372 JJF

Dear Monica:

I have discussed mediation with counsel for the parties in the above appeal and have exhausted the potential for mediation. As a result, the mediation is completed and the appeal in this case is ready to proceed.

Yours very truly,

Kevin F. Brady
(Bar No. 2248)

KFB/saj
cc:   Clerk, U.S. District Court
      Elio Battista, Jr., Esquire
      Thomas Abrams, Esquire
      John Daniel McLaughlin, Jr., Esquire
      Matthew B. McGuire, Esquire
(391329,p2)