# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN METROCOMM | ) | Bankr. No. 00-3358 (PJW) |
| CORPORATION, *et al* | ) | |
| | ) | Jointly Administered |
| Reorganized Debtors. | ) | |
| ----------------------------------------------------- | x | |
| THOMAS ABRAMS, | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | Case No. 04-cv-01372 (JJF) |
| | ) | |
| AMC LIQUIDATING TRUST, | ) | |
| | ) | |
| Appellee. | ) | |

## AMC LIQUIDATING TRUST'S MOTION TO DISMISS APPEAL

For the reasons set forth in the AMC Liquidating Trust's Opening Brief in Support of its Motion to Dismiss Appeal filed contemporaneously herewith, and pursuant to Federal Rules of Bankruptcy Procedure 8001, 8002 and 8006, the AMC Liquidating Trust moves to dismiss this appeal.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: 18 April, 2005

John D. McLaughlin, Jr. (No. 4123)
Matthew B. McGuire (No. 4366)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for AMC Liquidating Trust