IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN METROCOMM | ) | Case No. 00-3358 (JJF) |
| CORPORATION, *et al.* | ) | |
| | ) | Jointly Administered |
| Reorganized Debtors. | ) | |
| ------------------------------------------- x | | |
| THOMAS ABRAMS, | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | Case No. 04-cv-01372 (JJF) |
| | ) | |
| AMC LIQUIDATING TRUST, | ) | |
| | ) | |
| Appellee. | ) | |

## ORDER

At Wilmington, Delaware on this ____ day of _____, 2005, in consideration of the Motion of the AMC Liquidating Trust to Dismiss the Appeal of Thomas Abrams, the briefs of the parties, and good cause appearing, it is

*IT IS HEREBY ORDERED* that the appeal is *DISMISSED.*

_____
Joseph J. Farnan, Jr., Judge