IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN METROCOMM | ) | Bankr. No. 00-3358 (PJW) |
| CORPORATION, *et al.* | ) | |
| | ) | Jointly Administered |
| Reorganized Debtors. | ) | |
| ------------------------------------------------- x | | |
| THOMAS ABRAMS, | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | Case No. 04-cv-01372 (JJF) |
| | ) | |
| AMC LIQUIDATING TRUST, | ) | |
| | ) | |
| Appellee. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on **April 19, 2005,** I electronically filed a true and correct copy of the **AMC Liquidating Trust's Motion to Dismiss Appeal** with the Clerk of the Court using CM/ECF.

I further certify that on April 19, 2005, I caused a copy of the **AMC Liquidating Trust's Motion to Dismiss Appeal** to be served as indicated upon the following counsel of record:

Thomas Abrams
P.O. Box 51885
New Orleans, LA 70151
***Express Mail***

Elio Battista, Jr., Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
***Hand Delivery***

I further certify that on April 19, 2005, I served the **AMC Liquidating Trust's Motion to Dismiss Appeal** on the following non-registered participant in the manner indicated:

R. Patrick Vance, Esq.
201 St. Charles Avenue
New Orleans, LA 70170
*First Class Mail*

										_____
										John D. McLaughlin, Jr. (No. 4123)
										YOUNG CONAWAY STARGATT & TAYLOR, LLP
										The Brandywine Building
										1000 West Street, 17th Floor
										Wilmington, DE 19801
										P.O. Box 391
										Wilmington, DE 19899-0391
										(302) 571-6681
										jmclaughlin@ycst.com
										bank@ycst.com

										*Counsel to the AMC Liquidating Trust*