IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN METROCOMM | ) | Bankr. No. 00-3358 (PJW) |
| CORPORATION, *et al.* | ) | |
| | ) | Jointly Administered |
| Reorganized Debtors. | ) | |
| ------------------------------------------------- x | | |
| THOMAS ABRAMS, | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | Case No. 04-cv-01372 (JJF) |
| | ) | |
| AMC LIQUIDATING TRUST, | ) | |
| | ) | |
| Appellee. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 19, 2005,** I electronically filed a true and correct copy of the **AMC Liquidating Trust's Opening Brief in Support of the Motion to Dismiss Appeal** with the Clerk of the Court using CM/ECF.

I further certify that on April 19, 2005, I caused a copy of the **AMC Liquidating Trust's Opening Brief in Support of the Motion to Dismiss Appeal** to be served as indicated upon the following counsel of record:

Thomas Abrams
P.O. Box 51885
New Orleans, LA 70151
*Express Mail*

Elio Battista, Jr., Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
*Hand Delivery*

WP3:1104335.2                                                                                                                   57453.1001

I further certify that on April 19, 2005, I served the **AMC Liquidating Trust's Opening Brief in Support of the Motion to Dismiss Appeal** on the following non-registered participant in the manner indicated:

R. Patrick Vance, Esq.
201 St. Charles Avenue
New Orleans, LA 70170
*First Class Mail*

*/s/ John McLaughlin/*
John D. McLaughlin, Jr. (No. 4123)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
jmclaughlin@ycst.com
bank@ycst.com

*Counsel to the AMC Liquidating Trust*