Thomas A. Abrams
P. O. Box 51885
New Orleans, Louisiana 70151-1885
Phone: (504) 606-8145
E-mail: tomabrams@hotmail.com

May 2, 2005

The Hon. Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street - Room 4124 - Lockbox 27
Wilmington, DE 19801

    Re:   *Thomas Abrams et al. v. AMC Liquidating*
            CA 04-1372 – JJF; Bankruptcy Case No. 00-3358-PJW

Dear Judge Farnan,

    I was advised to write you regarding the above-numbered appeal and will also copy all defendant attorneys. I am unfamiliar with federal appellate procedure from Delaware bankruptcy courts. Will you kindly inform me as to when the briefing schedule begins?

    Secondly, per your 10/21/04 Docketing of my Notice of Appeal, and your 07/23/04 Standing Order, you referred this matter to the Appellate Mediation Panel on 10/21/04 and noted documents prepared for mediation should be submitted to the mediator (Kevin Brady, Esq., in this case). Mr. Brady informed me last week that the appellee-defendant does not wish to submit to mediation and that Judge Farnan has been notified.

    I would like to obtain copies of any correspondence or documents that the appellee provided to the mediator regarding this appeal to date. Unfortunately, I have attempted to contact the appellees' attorneys -- AMC attorney James McLaughlin and Cisco Systems attorney Patrick Vance – however, neither of them have responded to my inquiries.

    What is the purpose of "mediation" if one side is allowed to walk away without even attempting to resolve the issues on appeal? For instance, unless my proof of claim is paid in full or mediated, on appeal I will insist that this matter be converted to a RICO Act suit based on racketeering and securities fraud, as alleged both in the state court and bankruptcy court below. If it is within your authority, I request that you send this case back to the mediation.

                                  Very truly yours,

                                    Thomas Abrams

cc:   James McLaughlin, Esq. (AMC)
      Patrick Vance, Esq. (Cisco)
      Kevin Brady, Esq. (mediator)

U.S.M.S. X-RAY

The Hon. Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King St. - Rm. 4124 4527
Wilmington DE 19801

Thomas A. Abrams
P.O. Box 51885
New Orleans, LA 70151-1885

Postmark: ST PETERSBURG FL 33 / PM 3 MAY 2005