IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                  :
                                        :
AMERICAN METROCOMM CORPORATION,         :
et al.,                                 : Bankruptcy No. 00-03358 (PJW)
                                        :
         Debtors,                       :
_____ :  _____
                                        :
THOMAS ABRAMS,                          :
                                        :
         Appellant,                     :
                                        :
    v.                                  : Civil Action No. 04-1372 (JJF)
                                        :
AMC LIQUIDATING TRUST,                  :
                                        :
         Appellee.                      :

### O R D E R

WHEREAS, by letter dated May 2, 2005 (D.I. 11), Kevin Brady, Esquire has advised that the Appellees are not amenable to mediation;

NOW THEREFORE, IT IS HEREBY ORDERED that a briefing schedule be submitted by the parties no later than June 1, 2005.

May 20, 2005
    DATE

_____
UNITED STATES DISTRICT JUDGE