# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT

JOHN T. DORSEY
M. BLAKE CLEARY

ATHANASIOS E. AGELAKOPOULOS
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR
TIMOTHY P. CAIRNS
CURTIS J. CROWTHER
MARGARET M. DIBIANCA
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
DANIELLE GIBBS
ALISON G.M. GOODMAN
SEAN T. GREECHER
KARA S. HAMMOND
DAWN M JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
MATTHEW B. LUNN
JOSEPH A. MALFITANO
GLENN C. MANDALAS
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MATTHEW B. MCGUIRE
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
JOHN J. PASCHETTO
ADAM W. POFF
SETH J. REIDENBERG
FRANCIS J. SCHANNE
MICHELE SHERRETTA
MICHAEL P. STAFFORD
JOHN E. TRACEY
ALFRED VILLOCH, III
MARGARET B. WHITEMAN
CHRISTIAN DOUGLAS WRIGHT
SHARON M. ZIEG

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WRITER'S DIRECT DIAL NUMBERS
VOICE: (302) 571-6634
FAX: (302) 576-3316

E-MAIL: jmclaughlin@ycst.com

H. ALBERT YOUNG
1929-1982
H. JAMES CONAWAY, JR.
1947-1990
WILLIAM F. TAYLOR
1954-2004

STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
OF COUNSEL

JOHN D. MCLAUGHLIN, JR
ELENA C. NORMAN (NY ONLY)
PATRICIA A. WIDDOSS
SPECIAL COUNSEL

GEORGETOWN OFFICE
110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

May 23, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 North King Street
Room 4124
Lockbox 27
Wilmington, Delaware 19801

   Re: Abrams v. AMC Liquidating Trust (In re American Metrocomm Corp.)
     <u>C.A. No. 04-1372 (JJF)</u>

Dear Judge Farnan :

  This office serves as counsel to the AMC Liquidating Trust, Appellee in the above-captioned bankruptcy appeal. We are in receipt of the Court's order, dated May 20, 2005, which I understand was issued in response to the Appellant's letter to the Court. The Court has directed that a briefing schedule be submitted by the parties no later than June 1, 2005.

  We respectfully advise the Court that the Appellee has filed a motion to dismiss the appeal. The motion to dismiss and supporting opening brief was filed on April 19, 2005 at Docket Nos. 5 and 6. When Mr. Abrams failed to file an answering brief in accordance with Local Rule 7.1.2, we treated his correspondence to the Court as his answering brief and have in turn filed a reply at Docket No. 12 (May 10, 2005). Inasmuch as we believe that the motion to dismiss will bring these proceedings to a conclusion, we respectfully request in the interest of

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Joseph J. Farnan, Jr.
May 23, 2005
Page 2

economy that the Court rule upon the motion to dismiss prior to directing what will prove to be an exceedingly convoluted and expensive briefing on Mr. Abrams's underlying claims.

To the extent that the Court wishes to provide Mr. Abrams with an additional opportunity to file an answering brief, the Appellee is agreeable so long as we have the appropriate period to file a reply brief to any document to be submitted by Mr. Abrams.

Naturally, we are available for further proceedings at the Court's pleasure.

Respectfully,

John D. McLaughlin, Jr.

JDM:rwl
cc:   Mr. Thomas A. Abrams
      Mr. Charles W. Stewart
      Matthew B. McGuire, Esquire