IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : |
| AMERICAN METROCOMM CORPORATION, et al., | : |
| | : Bankruptcy No. 00-03358 (PJW) |
| | : |
| Debtors, | : |
| | |
| THOMAS ABRAMS, | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 04-1372 (JJF) |
| | : |
| AMC LIQUIDATING TRUST, | : |
| | : |
| Appellee. | : |

**O R D E R**

WHEREAS, the Court entered an Order for a briefing schedule to be submitted by the parties no later than June 1, 2005 (D.I. 13);

WHEREAS, by letter (D.I. 14), counsel to Appellee requests the Court rule on the pending Motion to Dismiss Based upon Manifest Procedural Errors and Irregularities (D.I. 5) prior to deciding the underlying claims on appeal;

WHEREAS, in the interest of judicial economy, the Court will rule on the pending motion prior to the appeal;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Briefing on the appeal shall be stayed until the Courts decision on the Motion to Dismiss.

2) Appellant shall file any Answering Brief to the Motion to Dismiss (D.I. 5) no later than **June 30, 2005.**

3)  Appellee shall file any Reply by **July 18, 2005**.

<u>June 6, 2005</u>  
DATE

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE