IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| AMERICAN METROCOMM | : | |
| CORPORATION, et al., | : | Bankr. Case No. 00-3358-PJW |
| | : | |
| Debtors. | : | |
| _____ | : | _____ |
| | : | |
| THOMAS ABRAMS, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civ. Act. No. 04-1372-JJF |
| | : | |
| AMC LIQUIDATING TRUST, | : | |
| | : | |
| Appellee. | : | |

### FINAL ORDER

At Wilmington, this 29 day of July 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Appellant's application to proceed without the prepayment of fees under 28 U.S.C. § 1915 is **DENIED**.

2. The Motion To Dismiss (D.I. 5) filed by AMC Liquidating Trust is **GRANTED**.

3. The above-captioned appeal is **DISMISSED** with prejudice.

*[signature]*
UNITED STATES DISTRICT COURT