IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN METROCOMM | ) | Case No. 00-3358 (PJW) |
| CORPORATION, *et al.*, | ) | |
| | ) | Jointly Administered |
| Reorganized Debtors. | ) | |
| ------------------------------------------------- x | | |
| | ) | |
| THOMAS ABRAMS, | ) | Case No. 04-cv-01372 (JJF) |
| | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | |
| AMC LIQUIDATING TRUST, | ) | |
| | ) | |
| Appellee. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **August 1, 2005**, I caused a copy of the **Memorandum Opinion [D.I. 18]** and **Final Order [D.I. 19]** to be served as indicated upon the following counsel of record:

Thomas A. Abrams
2705 Decatur Street
New Orleans, LA 70117
*Federal Express*

Elio Battista, Jr., Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
*Hand Delivery*

I further certify that on August 1, 2005, I caused a copy of the **Memorandum Opinion** **[D.I. 18]** and **Final Order [D.I. 19]** to be served as indicated upon the following non-registered participants:

R. Patrick Vance, Esq.  
201 St. Charles Avenue  
New Orleans, LA 70170  
*First Class Mail*

Charles W. Stewart  
AMC Liquidating Trust  
3209 Ridgelake Drive, #205  
Metarie, LA 70002  
*First Class Mail*

John D. McLaughlin, Jr. (No. 4123)  
YOUNG CONAWAY STARGATT & TAYLOR, LLP  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, DE 19801  
P.O. Box 391  
Wilmington, DE 19899-0391  
(302) 571-6681  
jmclaughlin@ycst.com  
bank@ycst.com

*Counsel to the AMC Liquidating Trust*