IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| AMERICAN METROCOMM | ) | Bankruptcy No. 00-3358 (PJW) |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Debtors, | ) | |
| ———————————————— | ) | ———————————————— |
| THOMAS ABRAMS, | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | Civil Action No. 04-1372 (JJF) |
| | ) | |
| AMC LIQUIDATING TRUST, | ) | |
| | ) | |
| Appellee. | ) | |

## ORDER DENYING MOTION FOR RECONSIDERATION

AND NOW, to with, this ____ day of _____, 2005, in consideration of the Appellant's Motion for Reconsideration of the Final Order of July 29, 2005, the response thereto, and good cause appearing it is

ORDERED, ADJUDGED AND DECREED that the Motion for Reconsideration is **DENIED**.

IT IS SO ORDERED.

BY THE COURT:

_____
Joseph J. Farner, Jr., J.

DB01:1815933.1                                                                                                              057453.1001