IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN METROCOMM CORPORATION, *et al.*, | ) ) | Case No. 00-3358 (PJW) |
| | ) | Jointly Administered |
| Reorganized Debtors. | ) | |
| ----------------------------------------- x | | |
| | ) | |
| THOMAS ABRAMS, | ) ) | Case No. 04-cv-01372 (JJF) |
| Appellant, | ) ) | |
| v. | ) ) | |
| AMC LIQUIDATING TRUST, | ) ) | |
| Appellee. | ) ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on **August 22, 2005**, I caused a copy of the **Appellee's Response in Opposition to Appellant's Motion for Reconsideration of Final Order of 7/29/2005** to be served as indicated upon the following counsel of record:

Thomas A. Abrams
2705 Decatur Street
New Orleans, LA 70117
*Federal Express*

Elio Battista, Jr., Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
*Hand Delivery*

DB01:1604335.7

057453.1001

I further certify that on August 22, 2005, I caused a copy of the **Appellee's Response in Opposition to Appellant's Motion for Reconsideration of Final Order of 7/29/2005** to be served as indicated upon the following non-registered participants:

R. Patrick Vance, Esq.
201 St. Charles Avenue
New Orleans, LA 70170
*First Class Mail*

Charles W. Stewart
AMC Liquidating Trust
3209 Ridgelake Drive, #205
Metarie, LA 70002
*First Class Mail*

/s/ John D. McLaughlin, Jr.
John D. McLaughlin, Jr. (No. 4123)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
jmclaughlin@ycst.com
bank@ycst.com

*Counsel to the AMC Liquidating Trust*