Thomas A. Abrams
P.O. Box 17373
Clearwater, FL 33762
(504) 606-8145
tomabrams@hotmail.com

September 21, 2005

Office of the Clerk
United States District Court
844 North King Street, Lockbox 18
Wilmington, Delaware 19801-3570
VIA FACSIMILE: (302) 573-6435

    Re:    Abrams v. AMC Liquidating Trust
            Civil Action No. 04-1372 (JJF)

Dear Honorable Clerk:

    I had to emergency-evacuate New Orleans due to hurricane Katrina and have just recently relocated to Clearwater, Florida. Attached please find an ~~facsimile~~ *Original* copy of appellant's reply brief; the Court was notified by telephone of the postal delay. The original pleading has been re-mailed.

    Will you please provide Judge Farnan a copy of this facsimile and also make a note in your records of my change of address? I attach hereto a <u>Notice of Change of Address</u>.

    Please call me if you require additional information. Thanks for your help,

Sincerely,

*Thomas Abrams*

Cc:    John D. McLaughlin, Jr., Esq.
         Patrick Vance, Esq.

FILED SEP 27 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE



Thomas Abrams
1335 S. Michigan Ave
PO Box 17373
Clearwater, FL 33762

Office of the Clerk
U.S. District Court
844 N. King St. Lockbox 18
Wilmington, DE 19801-3570