## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| AMERICAN METROCOMM | ) | Bankruptcy No. 00-3358 (PJW) |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Debtors, | ) | |
| ------------------------------------- | | ------------------------------------- |
| THOMAS ABRAMS, | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | Civil Action No. 04-1372 (JJF) |
| | ) | |
| AMC LIQUIDATING TRUST, | ) | |
| | ) | |
| Appellee. | ) | |

**FILED**
SEP 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE OF CHANGE OF ADDRESS

Claimant-appellant Thomas Abrams, appearing in proper person, hereby files this *Notice of Change of Address*, effective August 28, 2005, as follows:

NEW MAILING ADDRESS:

        **THOMAS ABRAMS**
        **P. O. BOX 17373**
        **Clearwater, FL  33762**

        Respectfully submitted,

        */s/ Thomas Abrams*
        Thomas Abrams, *appellant*

September 21, 2005

To: Honorable Judge Farnan, USDC, Delaware

From: Thomas Abrams, claimant/appellant
1335 S. Michigan Ave.
P. O. Box 17373
Clearwater, FL 33762

Re: Filing Delays Caused by Hurricane Katrina
<u>Civil Action No. 04-1372; Abrams v. AMC</u>

Dear Judge Farnan,

Please find attached my <u>*Reply Brief*</u> which was filed out of time due to Hurricane Katrina. I relocated my residence from New Orleans, Louisiana to Clearwater, Florida, and have filed a Change of Address:

Thomas Abrams
1335 S. Michigan Ave.
P. O. Box 17373
Clearwater FL 33762
Phone: (504) 606-8145

Sincerely,
*Thomas Abrams*
cc: debtor/appellee counsel



Office of the Clerk
U.S. District Court
844 N. King St. Lockbox 18
Wilmington, DE 19801-3520

Thomas Abrams
1335 S. Michigan Ave
PO Box 17373
Clearwater, FL 33762