IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| AMERICAN METROCOMM | ) | Bankruptcy No. 00-3358 (PJW) |
| CORPORATION, *et al.*, | ) | |
|     Debtors, | ) | |
| ------------------------------------- | | ------------------------------------- |
| THOMAS ABRAMS, | ) | |
|     Appellant, | ) | |
| v. | ) | Civil Action No. 04-1372 (JJF) |
| | ) | |
| AMC LIQUIDATING TRUST, | ) | |
|     Appellee. | ) | |

### REQUEST FOR EXTENSION OF TIME TO REPLY TO APPELLEE BRIEF IN OPPOSITION TO REQUEST FOR RECONSIDERATION

FILED
SEP 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Appellant Thomas Abrams resepctfully requests a brief extension of time in which to file his reply (attached hereto) to the appellee's brief filed 8/22/05 in opposition to appellant's Motion for Reconsideration.

Appellant's reply was mailed prior to the 5-day reply-period allowed under Court rules, however, he is filing this request for extension as an added precaution as the Clerk will not receive/file it until about the 8th day.

                                                  Respectfully submitted,

                                                  *Thomas Abrams*

                                                  Thomas Abrams



Thomas Abrams
1335 S. Michigan Ave
PO Box 17373
Clearwater, FL 33762

Office of the Clerk
US District Court
844 N. King St. Lockbox 18
Wilmington, DE 19801-3570