IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN METROCOMM CORPORATION, *et al.*, | ) ) ) | Case No. 00-3358 (PJW) |
| | ) | |
| Debtors. | ) ) | |
| | ) | |
| THOMAS ABRAMS, | ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | Civil Action No. 04-1372 (JJF) |
| AMC LIQUIDATING TRUST, | ) ) | |
| Appellee. | ) ) | |

**ORDER DENYING THE MOTION OF THOMAS ABRAMS
FOR EXTENSION OF TIME FOR FILING NOTICE OF APPEAL**

AND NOW, to wit, this _____ day of _____, 2005, in consideration of the Objection of Charles W. Stewart, the Trust Administrator for the AMC Liquidating Trust, to the Motion of Thomas Abrams for Extension of Time for Filing Notice of Appeal, it is

**ORDERED, ADJUDGED AND DECREED** that the motion is **DENIED.**

IT IS SO ORDERED.

BY THE COURT:

_____
Joseph J. Farnan, Jr., D.J.