IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN METROCOMM | ) | Bankruptcy No. 00-3358 (PJW) |
| CORPORATION, *et al.*, | ) | |
|     Debtors, | ) | |
| ------------------- | | ------------------- |
| THOMAS ABRAMS, | ) | |
|     Appellant, | ) | |
| v. | ) | Civil Action No. 04-1372 (JJF) |
| | ) | |
| AMC LIQUIDATING TRUST, | ) | |
|     Appellee. | ) | |

### NOTICE OF APPEAL

Plaintiff-appellant *pro se* Thomas Abrams, in accordance with Federal Rules of Appellant Procedure, respectfully files this Notice of Appeal of the Order of this Honorable Court, signed October 11, 2005, which denied Plaintiff's *Motion for Reconsideration* of the Court's July 29, 2005, Order dismissing the above-captioned appeal with prejudice.

Respectfully submitted,

*Thomas Abrams*, appellant *pro se*

FILED
DEC 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Certificate of Service
I hereby certify that a copy of the foregoing pleading has been mailed to all parties this 19th day of December, 2005.

*Thomas Abrams*



T. Abrams
P.O. Box 17373
Clearwater, FL 33762

ST PETERSBURG FL 337
19 DEC 2005 PM 3 T

JOHN VON NEUMANN

Office of the Clerk
United States District Court
844 N. King St, Lockbox 18
Wilmington, Delaware 19801-3570

CA 04-1372 (JJF)
Notice Appeal (Encl.)