DATE: January 30, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 05-5572

In Re: Amer Metrocom

To:     Clerk

1)     Motion by Appellant for leave to appeal in forma pauperis

_____

The foregoing motion to proceed in forma pauperis is granted. The appeal will be submitted to a panel for determination under 28 U.S.C. § 1915(e)(2).



A True Copy:

Marcia M. Waldron, Clerk

For the Court,

/s/Marcia M. Waldron
Clerk

Dated:  February 1, 2006
SLC/cc: John D. McLaughlin, Jr., Esq.
        Mr. Thomas Abrams