CPS-258

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-5572

IN RE: AMER METROCOMM CORPORATION, et al.,
Debtors

THOMAS ABRAMS,
Appellant

On Appeal From the United States District Court
For the District of Delaware
( D.C. Civ. No. 04-1372)
District Judge: Honorable Joseph J. Farnan, Jr.

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
June 29, 2006

Before: BARRY, SMITH AND NYGAARD, CIRCUIT JUDGES

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted for possible dismissal under 28 U.S.C. § 1915(e)(2)(B). On consideration whereof, it is now here
ORDERED AND ADJUDGED by this Court that the appeal is dismissed under 28 U.S.C. § 1915(e)(2)(B). All of the above in accordance with the opinion of this Court.

ATTEST:
/s/ Marcia M. Waldron
Clerk

DATED: July 24, 2006

Certified as a true copy and issued in lieu
of a formal mandate on    8/15/06

*Marcia M. Waldron*

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit